IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 5:07CR1 |
| | § | |
| NELSON ALEXANDER ANDRADE (01) | § | |
| ANTONIO GUADALUPE ARAMBUL (02) | § | |
| SIMONEL DURAN ESTRADA (03) | § | |

<u>ORDER</u>

CAME ON this day for consideration the Government's Motion to Unseal the Indictment, and the Court having considered the same, the Court is of the opinion that said motion should be granted.

It is THEREFORE, ORDERED, ADJUDGED and DECREED that the Government's Motion to Unseal Indictment is hereby granted.

**SIGNED this 1st day of May, 2007.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE